UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISHIANAND LAVA MACK,<br><br>    Petitioner,<br><br>    v.<br><br>RIVERVIEW PROBATION OFFICE/DEPT.,<br><br>    Respondent. | NO. CV 13-7114-GHK (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED:   7/29/15

                                    GEORGE H. KING<br>
                               United States District Judge